UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION, | MDL NO. 1431 (MJD/JGL) |
| | NO. 01-2396 |
| This document relates to: CAROL ARLENE NAEGELE and FRED W. NAEGELE VERSUS BAYER CORPORATION and GLAXOSMITHKLINE BEECHAM CORPORATION | **STIPULATION OF DISMISSAL** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS HEREBY ORDERED** pursuant to the above Stipulation that Plaintiffs' Complaint in the above-referenced matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ______ day of APR 16 2004, 200__.

Michael J. Davis

UNITED STATES DISTRICT COURT JUDGE